**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CSDVRS, LLC,

      Plaintiff,

v.                                     Case No: 8:13-cv-1811-T-30AEP

PURPLE COMMUNICATIONS, INC.
and AUPIX, LTD.,

      Defendants.

_____

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Engage in Limited Expedited Discovery to Determine Defendant's Alleged Basis for Removal and Defendant Aupix's Claims of Lack of Personal Jurisdiction (Dkt. #42) and Defendant Purple Communication, Inc.'s Opposition (Dkt. #43). The Court having reviewed the pleadings and being otherwise advised of the premises, the court concludes that the Motion should be denied.

The Court granted Defendant Purple Communication, Inc.'s Motion for Limited Expedited Discovery to Adequately Respond to Plaintiff's Pending Motion to Remand (Dkt. #26). The Order specifically allowed "the parties to conduct discovery limited to jurisdictional issues regarding the citizenship of the parties." (Dkt. #41). Plaintiff's Motion essentially seeks discovery of evidence that Purple Communications, Inc. or its attorneys violated Rule 11 of the Federal Rules of Civil Procedure. Rule 11 discovery is an extraordinary measure, and the Court concludes that Plaintiff's request it is not warranted at this time. Further, this Court entered an Order staying discovery as to Defendant Aupix, Ltd. pending adjudication of its Motion to

Dismiss Complaint (Dkt. #13). Therefore, Plaintiff's request for discovery regarding the Court's personal jurisdiction over Aupix, Ltd. is also denied.

It is therefore ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion to Engage in Limited Expedited Discovery to Determine Defendant's Alleged Basis for Removal and Defendant Aupix's Claims of Lack of Personal Jurisdiction (Dkt. #42) is denied.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

*S:\Odd\2013\13-cv-1811 discovery 41.docx*